**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

FEB 1 8 2010

CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO.  3:09-CR-320-M |
| | § | **Supersedes indictment returned** |
| | § | **on November 3, 2009** |
| ENRIQUE LOPEZ ( 1 ) | § | |

## INDICTMENT

The Grand Jury Charges:

### Count One
### Conspiracy to Commit Bank Robbery
### (Violation of 18 U.S.C. § 371)

On or about February 13, 2009, and continuing through October 3, 2009, in the

Dallas Division of the Northern District of Texas, **Enrique Lopez** and a coconspirator

did knowingly, intentionally and unlawfully combine, conspire, confederate, and agree

together to commit certain offenses against the United States, to-wit: Bank Robbery and

Attempted Bank Robbery, and during the commission of that offense killed an individual,

Cresensio Borquez, in violation of 18 U.S.C. § 2113(a), (d), and (e).

### OBJECT OF THE CONSPIRACY

The object of the conspiracy was to obtain United States currency belonging to and

in the care, custody, control, management, and possession of various banks by means of

force, violence, and intimidation.

## MANNER AND MEANS

It was part of the conspiracy that **Lopez** and a coconspirator discussed and planned with each other the robberies of: (1) Bank of America, 3309 Camp Wisdom Road, Dallas, Texas; (2) Wachovia Bank, 39703 Lyndon B. Johnson Freeway, Dallas, Texas; (3) Chase Bank, 2530 Fort Worth Avenue, Dallas, Texas; and (4) Chase Bank, 12329 Lake June Road, Balch Springs, Texas. At all times during the course and scope of the conspiracy, the deposits of each bank were insured by the Federal Deposit Insurance Corporation.

It was part of the conspiracy that **Lopez** and a coconspirator would, among other things:

    a.  select banks to be robbed;

    b. designate the role each robbery participant would play in each robbery;

    c.  acquire and use a car to commit the bank robberies;

    d. use weapons to intimidate bank employees, guards, and customers;

    e.  steal United States currency; and

    f.  seek to avoid detection and apprehension by law enforcement.

## OVERT ACTS IN FURTHERANCE OF THE CONSPIRACY

**I.**    **Bank of America robbery on February 13, 2009.**

1. On or about February 13, 2009, **Lopez** and a coconspirator drove to Bank of America, 3309 Camp Wisdom Road, Dallas, Texas, with a firearm and with the express

intent to rob the armored truck guard loading the bank's money into the automatic teller machine ("ATM").

2. **Lopez** and a coconspirator approached the guard from behind and held him at gunpoint.

3. **Lopez** and a coconspirator wore clothing to conceal their identities.

4. **Lopez** and a coconspirator took the bank's money and the guard's pistol.

5. **Lopez** and a coconspirator fled in a white car.

**II.**    **Wachovia Bank robbery on August 1, 2009.**

1. On or about August 1, 2009, **Lopez** and a coconspirator drove in a car to Wachovia Bank, 39703 Lyndon B. Johnson Freeway, Dallas, Texas, with a firearm and with the express intent to rob the bank.

2. **Lopez** and a coconspirator entered the Wachovia Bank in disguise.

3. **Lopez** and a coconspirator ordered the bank customers to the floor and held them there at gunpoint.

4. **Lopez** jumped over the bank counter and ordered the tellers to give him the bank's money.

5. **Lopez** took the money and fled with the coconspirator in a white car.

**III.**    **Chase Bank robbery and Murder of Cresensio Borquez on September 18, 2009.**

1. On or about September 18, 2009, **Lopez** and a coconspirator drove in a car to Chase Bank, 2530 Fort Worth Avenue, Dallas, Texas, with a firearm and with the express

intent to rob the armored truck guard loading the bank's money into the ATM.

2. **Lopez** approached the guard, Cresencio Borquez, from behind, grabbed him, held him at gunpoint, and shot him to death.

3. **Lopez** wore clothing to conceal his identity.

4. **Lopez** and a coconspirator fled in a white car.

## IV.   Chase Bank robbery on October 3, 2009.

1. On or about October 3, 2009, **Lopez** and a coconspirator traveled in a car to Chase Bank, 12329 Lake June Road, Balch Springs, Texas, with a firearm and with the express intent to rob the bank.

2. **Lopez** and a coconspirator entered Chase Bank in disguise.

3. **Lopez** and a coconspirator ordered the bank customers to the floor where they were held at gunpoint.

4. **Lopez** threatened to detonate a bomb if anyone called the police.

5. **Lopez** went behind the bank counter and ordered the tellers to give him the bank's money.

6. **Lopez** and a coconspirator took the money and fled from the bank in a white car.

In violation of 18 U.S.C. § 371.

## Count Two
Bank Robbery
(Violation of 18 U.S.C. § 2113(a), (d); and 18 U.S.C. § 2)

On or about February 13, 2009, in the Dallas Division of the Northern District of

Texas, **Enrique Lopez** and a coconspirator, aiding and abetting one another, did by force,

violence and intimidation, knowingly and intentionally take from the person and presence

of another, an agent of Bank of America, 3309 Camp Wisdom Road, Dallas, Texas,

United States currency belonging to and in the care, custody, control, management, and

possession of Bank of America, a bank, the deposits of which were then insured by the

Federal Deposit Insurance Corporation, and the defendants in committing the aforesaid

act did assault and did put in jeopardy the life of the agent of Bank of America by the use

of a firearm.

In violation of 18 U.S.C. § 2113(a), (d); and 18 U.S.C. § 2.

<u>Count Three</u>
Using, Carrying, and Brandishing a Firearm During and in
Relation to, and Possessing a Firearm in Furtherance of,
a Crime of Violence
(Violation of 18 U.S.C. § 924 (c)(1)(A))

On or about February 13, 2009, in the Dallas Division of the Northern District of

Texas, **Enrique Lopez** and a coconspirator, aiding and abetting one another, during and

in relation to a crime of violence, namely bank robbery, in violation of 18 U.S.C. §

2113(a) and (d), as alleged in Count Two, did knowingly use, carry, and brandish a

firearm, to wit: a handgun, and the defendant knowingly possessed said firearm in

furtherance of the commission of this offense.

In violation of 18 U.S.C. § 924(c)(1)(A).

Count Four
Bank Robbery
(Violation of 18 U.S.C. § 2113(a) and (d))

On or about June 13, 2009, in the Dallas Division of the Northern District of
Texas, **Enrique Lopez**, defendant, did by force, violence and intimidation, knowingly
and intentionally take from the person and presence of another, an employee of Wachovia
Bank, 39703 Lyndon B. Johnson Freeway, Dallas, Texas, United States currency
belonging to and in the care, custody, control, management, and possession of Wachovia
Bank, a bank, the deposits of which were then insured by the Federal Deposit Insurance
Corporation, and the defendant in committing the aforesaid act did assault and did put in
jeopardy the lives of employees and customers of Wachovia Bank by the use of a firearm.

In violation of 18 U.S.C. § 2113(a) and (d).

Count Five
Using, Carrying, and Brandishing a Firearm During and in
Relation to, and Possessing a Firearm in Furtherance of,
a Crime of Violence
(Violation of 18 U.S.C. § 924 (c)(1)(A) and (C))

On or about June 13, 2009, in the Dallas Division of the Northern District of

Texas, **Enrique Lopez**, during and in relation to a crime of violence, namely bank

robbery, in violation of 18 U.S.C. § 2113(a) and (d), as alleged in Count Four, did

knowingly use, carry, and brandish a firearm, to wit: a handgun, and the defendant

knowingly possessed said firearm in furtherance of the commission of this offense.

In violation of 18 U.S.C. § 924(c)(1)(A) and (C).

<u>Count Six</u>
Bank Robbery
(Violation of 18 U.S.C. § 2113(a), (d); and 18 U.S.C. § 2)

On or about August 1, 2009, in the Dallas Division of the Northern District of

Texas, **Enrique Lopez** and a coconspirator, aiding and abetting one another, did by force,

violence and intimidation, knowingly and intentionally take from the person and presence

of another, an employee of Wachovia Bank, 39703 Lyndon B. Johnson Freeway, Dallas,

Texas, United States currency belonging to and in the care, custody, control,

management, and possession of Wachovia Bank, a bank, the deposits of which were then

insured by the Federal Deposit Insurance Corporation, and the defendant in committing

the aforesaid act did assault and did put in jeopardy the lives of employees and customers

of Wachovia Bank by the use of a firearm.

In violation of 18 U.S.C. § 2113(a), (d); and 18 U.S.C. § 2.

<u>Count Seven</u>
Using, Carrying, and Brandishing a Firearm During and in
Relation to, and Possessing a Firearm in Furtherance of,
a Crime of Violence
(Violation of 18 U.S.C. § 924 (c)(1)(A) and (C))

On or about August 1, 2009, in the Dallas Division of the Northern District of

Texas, **Enrique Lopez** and a coconspirator, during and in relation to a crime of violence,

namely bank robbery, in violation of 18 U.S.C. § 2113(a) and (d), as alleged in Count Six,

did knowingly use, carry, and brandish a firearm, to wit: a handgun, and the defendants

knowingly possessed said firearm in furtherance of the commission of this offense.

In violation of 18 U.S.C. § 924(c)(1)(A) and (C).

## Count Eight
Bank Robbery
(Violation of 18 U.S.C. § 2113(a), (d), and (e))

On or about September 18, 2009, in the Dallas Division of the Northern District of Texas, **Enrique Lopez** and a coconspirator, aiding and abetting one another, did by force, violence, and intimidation, knowingly and intentionally attempt to take from the person and presence of another, an agent of Chase Bank, 2530 Fort Worth Avenue, Dallas, Texas, United States currency belonging to and in the care, custody, control, management, and possession of Chase Bank, a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation; and in committing such offense, the defendant, **Enrique Lopez**, did assault and put in jeopardy the life of another person by the use of a dangerous weapon, that is a firearm; and further, in committing such offense **Enrique Lopez** did kill Cresensio Borquez.

In violation of 18 U.S.C. § 2113(a), (d), and (e).

Count Nine
Using, Carrying, and Brandishing a Firearm During and in
Relation to, and Possessing a Firearm in Furtherance of,
a Crime of Violence
(Violation of 18 U.S.C. § 924 (c)(1)(A) and (j))

On or about September 18, 2009, in the Dallas Division of the Northern District of

Texas, **Enrique Lopez** and a coconspirator, aiding and abetting one another, during and

in relation to a crime of violence, namely attempted bank robbery, in violation of 18

U.S.C. § 2113(a), (d), and (e), as alleged in Count Eight, did knowingly use, carry, and

brandish a firearm, to wit: a handgun, and **Enrique Lopez** knowingly possessed said

firearm in furtherance of the commission of this offense and murdered a person,

Cresensio Borquez, through the use of the firearm.

In violation of 18 U.S.C. § 924(c)(1)(A) and (j).

Count Ten
Bank Robbery
(Violation of 18 U.S.C. § 2113(a), (d); and 18 U.S.C. § 2)

On or about October 3, 2009, in the Dallas Division of the Northern District of

Texas, **Enrique Lopez** and a coconspirator, aiding and abetting one another, did by force,

violence and intimidation, knowingly and intentionally take from the person and presence

of another, an employee of Chase Bank, 12329 Lake June Road, Balch Springs, Texas,

United States currency belonging to and in the care, custody, control, management, and

possession of Chase Bank, a bank, the deposits of which were then insured by the Federal

Deposit Insurance Corporation, and the defendants in committing the aforesaid act did

assault and did put in jeopardy the lives of employees and customers of Chase Bank by

the use of a firearm.

In violation of 18 U.S.C. § 2113(a), (d); and 18 U.S.C. § 2.

<u>Count Eleven</u>
Using, Carrying, and Brandishing a Firearm During and in
Relation to, and Possessing a Firearm in Furtherance of,
a Crime of Violence
(Violation of 18 U.S.C. § 924 (c)(1)(A) and (C))

On or about October 3, 2009, in the Dallas Division of the Northern District of

Texas, **Enrique Lopez** and a coconspirator, during and in relation to a crime of violence,

namely bank robbery, in violation of 18 U.S.C. § 2113(a) and (d), as alleged in Count

Ten, did knowingly use, carry, and brandish a firearm, to wit: a handgun, and the

defendant knowingly possessed said firearm in furtherance of the commission of this

offense.

In violation of 18 U.S.C. § 924(c)(1)(A) and (C).

A TRUE BILL

FOREPERSON

JAMES T. JACKS
United States Attorney

BRANDON N. MCCARTHY
Assistant United States Attorney
Texas State Bar No. 24027486
1100 Commerce Street, Third Floor
Dallas, Texas  75242
brandon.mccarthy@usdoj.gov
Telephone:  214.659.8600
Facsimile:   214.767.4100

PHELESA M. GUY
Assistant United States Attorney
Texas State Bar No. 00798230

JOHN KULL
Assistant United States Attorney
Texas State Bar No. 00791057

GARY C. TROMBLAY
Assistant United States Attorney
Louisiana Bar Roll No. 22665

Indictment- Page 15



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

**ENRIQUE LOPEZ** (1)

3:09-cr-320-M

<u>SUPERSEDING INDICTMENT</u>

18 U.S.C. § 371
Conspiracy to Commit Bank Robbery

18 U.S.C. § 2113(a), (d); and  18 U.S.C. § 2
Bank Robbery

18 U.S.C. § 924(c)(1)(A)
Using, Carrying, and Brandishing a Firearm During and in Relation to,
and Possessing a Firearm in Furtherance of, a Crime of Violence

18 U.S.C. § 2113(a) and (d)
Bank Robbery

18 U.S.C. § 924(c)(1)(A) and (C)
Using, Carrying, and Brandishing a Firearm During and in Relation to,
and Possessing a Firearm in Furtherance of, a Crime of Violence

18 U.S.C. § 2113(a), (d), and (e)
Bank Robbery

18 U.S.C. § 924(c)(1)(A) and (j)
Using, Carrying, and Brandishing a Firearm During and in Relation to,
and Possessing a Firearm in Furtherance of, a Crime of Violence

11  Counts

A true bill rendered

--------------------------------------------------------------------------------

DALLAS                                                    FOREPERSON

Filed in open court this ___18th___ day of February, A.D., 2010.

--------------------------------------------------------------------------------
                                                                    Clerk

**NO WARRANT TO ISSUE** as to ENRIQUE LOPEZ , in Federal Custody Since October 6, 2009.

--------------------------------------------------------------------------------

UNITED STATES DISTRICT MAGISTRATE JUDGE

No Magistrate Case Pending: 3:09 CR 320-M

Criminal Case Cover Sheet                                          Revised 3/5/98

ORIGINAL

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS

<table>
<tr><td colspan="2">**Related Case Information**</td></tr>
<tr><td>Superseding Indictment: [X] Yes [ ] No</td><td>New Defendant: [ ] Yes [X] No</td></tr>
</table>

Pending CR Case in NDTX: [X] Yes [ ] No  If Yes, number: 3:09-CR-320-M

Search Warrant Case Number _____

R 20 from District of _____

Magistrate Case Number: _____

1. **Defendant Information**

Juvenile: [ ] Yes [X] No

If Yes, Matter to be sealed:

[ ] Yes  [ ] No

Defendant Name _____ ENRIQUE LOPEZ _____

Alias Name _____

Address _____

County in which offense was committed: _____ Dallas, Texas _____

2. **U.S. Attorney Information**

## AUSA BRANDON N. MCCARTHY

**Texas State Bar # 24027486**

3. **Interpreter**

[ ] Yes [X] No  If Yes, list language and/or dialect:

**RECEIVED**
FEB 18 2010
3PM
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

4. **Location Status IN FEDERAL CUSTODY**

Arrest Date - 10/06/2009

[X] Already in Federal Custody
[ ] Already in State Custody
[ ] On Pretrial Release

5. **U.S.C. Citations**

Total # of Counts as to This Defendant: **11**   [ ] Petty [ ] Misdemeanor [X] Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 18 U.S.C. § 371 | Conspiracy to Commit Bank Robbery | 1 |
| 18 U.S.C. § 2113(a), (d); and 18 U.S.C. § 2 | Bank Robbery | 2, 6, 10 |
| 18 U.S.C. § 924(c)(1)(A) | Using, Carrying, and Brandishing a Firearm During and in Relation to, and Possessing a Firearm in Furtherance of, a Crime of Violence | 3 |
| 18 U.S.C. § 2113(a) and (d) | Bank Robbery | 4 |

| 18 U.S.C. § 924(c)(1)(A) and (C) | Using, Carrying, and Brandishing a Firearm During and in Relation to, and Possessing a Firearm in Furtherance of, a Crime of Violence | 5, 7, 11 |
| 18 U.S.C. § 2113(a), (d), and (e) | Bank Robbery | 8 |
| 18 U.S.C. § 924(c)(1)(A) and (j) | Using, Carrying, and Brandishing a Firearm During and in Relation to, and Possessing a Firearm in Furtherance of, a Crime of Violence Premises | 9 |

Date: <u>February 17, 2010</u>                Signature of AUSA: _____

                                                    BRANDON N. MCCARTHY